IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 16-01134/ESL |
| LUIS ORLANDO ESTERAS CINTRON<br>DEBTOR | CHAPTER 13 |

### APPLICATION FOR AUTHORIZATION TO RETAIN COUNSEL

TO THE HONORABLE COURT:

**COMES NOW, LUIS ORLANDO ESTERAS CINTRON,** debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. Debtor filed the instant case on February 17 2016.

2. Debtor desires and requires the employment of Ruben Torres Davila, Esq., as case lead Counsel, in order to continue to litigate an action commenced in State court by debtor in the civil case of *Luis Orlando Esteras Cintrón; Valerie Esteras Peres; at als vs. Autoridad de Carreteras y Transportación de Puerto Rico; et als.,* in order to litigate possible claims against that defendant(s) and /or any insurance agencies.

3. Debtor believes that because Ruben Torres Davila, Esq., has already been litigating in debtor's representation in this Civil action brought by debtor, it would be in the best interests of all parties that he continues representing debtor in the matter related to *Luis Orlando Esteras Cintrón; Valerie Esteras Perez; at als.vs Autoridad de Carreteras y Transportación de Puerto Rico; et als.,* [Civil Case No. E2CI2014-00620]. Debtor feels that Ruben Torres Davila, Esq. is qualified to render the foregoing services.

Page-2-
Application for Authorization to Retain Counsel
Case No. 16-01134/ESL13

4. The professional services that Ruben Torres Davila, Esq., would perform are summarized as follows:

a) To prepare motions, pleadings, and other legal documents necessary in the litigation of any claims in favor of debtor.

b) To represent debtor in any negotiations with defendant or any insurance agencies.

c) To render legal counseling, legal opinions, prepare legal documents when deemed necessary and/or advisable, as these may relate to any claims initiated against defendant and/or any insurance agencies or in favor of debtor.

5. Based upon the Declaration attached hereto and marked as Exhibit #1, debtor believes that Ruben Torres Davila, Esq. does not hold or represents any interests adverse to the debtor or the debtor's estate and is a disinterested person within the meaning of 11 U.S.C. §101(13); and to the best of debtor's knowledge, he is not related or otherwise connected with the debtor, debtor's counsel or the United States Trustee, or any person employed by the Office of the United States Trustee, or any other party in interest.

6. Debtor has been informed that the normal billing rate of said attorney in this case is 33% of the proceeds ("contingency basis") as imposed upon defendants by the Puerto Rico Court of First Instance, or agreed upon with defendants in the event that the above mentioned litigation is settled, plus any reimbursement of outstanding cost and expenses.

Page-3-
Application for Authorization to Retain Counsel
Case No. 16-01134/ESL13

Debtor discussed with Ruben Torres Davila, Esq. his availability to be employed as special counsel in this case and to perform the services required.

7. Ruben Torres Davila, Esq., represented debtor prior to the bankruptcy petition, and no claim is being made against the estate for prior services and there are no outstanding bills or invoices to be paid to him.

8. Ruben Torres Davila, Esq., also discloses that he has no agreement to share compensation or reimbursement to be received in this case with any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

**WHEREFORE** it is respectfully requested that debtor be authorized to employ Ruben Torres Davila, Esq., as case lead Counsel, to render the services as described in the foregoing application, with compensation to be paid at the end of the civil case.

**I HEREBY CERTIFY** that this motion was filed with the Court using the CM/ECF filing system which will send notice of same to all CM/ECF participants, including the Chapter 13 Trustee and the US Trustee's Office; I also certify that a copy of this motion has been sent to creditors and all parties in interest (non CM/ECF participants) as per matrix attached.

Page-4-
Application for Authorization to Retain Counsel
Case No. 16-01134/ESL13

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 04th day of October, 2016.

/s/Ruben Torres Dávila
RUBEN TORRES DAVILA, ESQ.
URB. PARADIS
D-3 BALDORIOTY STREET
CAGUAS PR 00725

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA-CARRASQUILLO
USDC-PR #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
COUNSEL FOR DEBTOR
PO BOX 186 CAGUAS, PR 00726
TEL NO 787-744-769
FAX NO 787-746-5294
EMAIL rfigueroa@rfclawpr.com

Case:16-01134-ESL13 Doc#:34 Filed:10/04/16 Entered:10/04/16 12:28:18 Desc: Main
Document Page 4 of 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

LUIS ORLANDO ESTERAS CINTRON

CASE NO. 16-01134/ESL

CHAPTER 13

DEBTOR

## DECLARATION

I, Ruben Torres Davila, Esq., declare:

1. That I am an attorney duly admitted to practice before all the Courts of the Commonwealth of Puerto Rico.

2. That I am the attorney for debtor in Civil Case No. E2CI2014-00620 *Luis Orlando Esteras Cintron; Valerie Esteras Perez; at als. vs. Autoridad de Carreteras y Transportación de Puerto Rico; et als.* and I am the attorney debtor is seeking to employ by the application to which this Declaration is attached as Exhibit #1.

3. That I have experience in general civil law and civil litigation and I am qualified to represent debtor as counsel, and I am willing to accept employment on the basis set forth in the annexed application.

4. That my office is located at Urb. Paradis, D-3, Baldorioty Street, Caguas Puerto Rico 00725.

5. That to the best of my knowledge I hold no interest adverse to the above entitled estate and I am a disinterested person as defined in 11 U.S.C. §101(13), nor am I, to the best of my knowledge, related or otherwise connected with debtor, the United States Trustee, debtor, the United States Trustee, debtor's counsel or any person employed by the Office of the United States Trustee other party in interest.

Page -2-
Luis Orlando Esteras Cintron
Caso no. 16-01134/ESL13

6. That there is no agreement to share any compensation or reimbursement to be received by any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 12 day of Sept. , 2016.

RUBEN TORRES DAVILA, ESQ.
RUA 7793
URB PARADIS CALLE BALDORIOTY D-3 (ALTOS)
CAGUAS PR 00725
TEL. 787-249-6605

# CURRICULUM VITAE
## RESUME

Rubén Torres Dávila
PO Box 79
San Lorenzo, Puerto Rico 00754
Numero Colegiado 9023 RUA 7793
Teléfono: 787-249-6605 Celular y Oficina

Oficina Legal Actual
Calle Baldorioty D-3
Urb. Paradis, Caguas P.R. 00725
r.torresdavila@gmail.com

## HISTORIAL PROFESIONAL

| | |
|---|---|
| 2010 - Presente | Abogado- Notario. Oficina Propia |
| 2002-2010 | Juez Primera Instancia Superior Caguas (Juez Administrador Regional) |
| Julio 1, 2001 - Junio 30, 002 | Juez Primera Instancia Fajardo (Juez Administrador Regional) |
| Julio 1999 - Junio 2001 | Juez Primera Instancia Superior Caguas |
| Enero 1999 - Junio 30,1999 | Juez Primera Instancia Superior Guayama |
| Nov. 1992 - Dic. 1998 | Juez Administrador Subsección Distrito Sala Caguas |
| Julio 1990 | Juez Administrador Subsección Distrito Vieques |
| Octubre 1992 | Juez Administrador Subsección Distrito Fajardo |
| Julio 1985 - Junio 1990 | Juez Municipal Regional Guayama / Juez Municipal Humacao, Las Piedras |
| Enero 1984 - Junio 1985 | Bufete Propio-Abogado Notario |

## HISTORIAL ACADEMICO

| | |
|---|---|
| Agosto 1980 - Mayo 1983 | Grado Juris Doctor Universidad Católica de Puerto Rico |
| Agosto 1976 - Mayo 1979 | Bachillerato Artes (Pre-Legal) Universidad de Puerto Rico (Grado Especial Mayor en Filosofía) |

## CIVISMO

| | |
|---|---|
| 1983 - Presente | Colegiado del Colegio de Abogados de Puerto Rico (Col. #9023) |
| 1989 - 1990 | Presidente Club de Leones de San Lorenzo |
| 1992 | Receptor Proclama Valor de San Lorenzo, Hon. Víctor Figueroa Orozco, Alcalde |
| 2000 - Presente | Socio Caguas Country Club de Caguas<br>Vicepresidente Pabellón del Deporte Samaritano San Lorenzo |

## FOROS Y TRABAJOS

| | |
|---|---|
| 1983 | El Registro en las Fronteras de Aeropuerto (Estudiante Escuela Derecho Universidad Católica) Segundo Premio |
| 2001 | Charla sobre aspectos técnicos nueva Ley de Tránsito, Ley # 22 del 7 de enero de 2000 (Delegación abogados Caguas) |
| 2004 - 2005 | Miembro de la Comisión del Tribunal Supremo como Conferenciante Panelista sobre el Nuevo Código Penal 2004; Adiestrando Jueces de Puerto Rico Sobre Nuevo Código Penal |
| 2001 - 2010 | Miembro Consejo Asesor del Presidente del Tribunal Supremo de Puerto Rico |
| 2002 - 2010 | Recurso de la Academia Judicial en área de derecho Penal y de Administración de Región Judicial para Jueces de Nuevo Nombramiento y otros |
| 1995 - 2010 | Juez a cargo de presidir juicios y/o procesos de alto Interés Público y/o complejidad.<br>P vs. Manuel Higgins (VP) (Corrupción y F.E.I.)<br>P vs. Marcano Parrilla (vista nuevo juicio) 2000 JTS 181, 2006 TSPR 136 (Asesinato Primer Grado)<br>P vs. Man Sharma (2003JTS165) (Agresión Sexual)<br>P vs. Pesquera y otros (motín)<br>P vs. Sergio Peña Closs (Ley 54)<br>P vs. Javier Pagán Cruz (Policía Humacao) (Ases. Primer Grado |

| | |
|---|---|
| 2006 | P vs. Colón y Guzmán (Agresión Sexual) Otros. Distinción Especial como Juez Excepcionalmente Cualificado tanto en funciones judiciales como Administrativas en Puerto Rico |
| 2008 | Distinción especial como Juez excepcionalmente Cualificado tanto en funciones judiciales como Administrativas en Puerto Rico |
| 2010-2011 | Recurso de la academia Judicial OAT en Materia de Ética Judicial para Jueces |
| 2010-2012 | Asignación especial del Tribunal Supremo como Comisionado en Controversias Éticas de Abogados |
| 2011-2012 | Profesor invitado Derecho Penal Universidad del Turabo |

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO -           COOP A/C ORIENTAL
0104-3                                    MORTGAGE SERVICING DEPARTMENT (762)      PO BOX 876
Case 16-01134-ESL13                       PO BOX 362708                            HUMACAO, PR 00792-0876
District of Puerto Rico                   SAN JUAN, PR 00936-2708
Old San Juan
Tue Oct  4 11:54:37 AST 2016

TREASURY DEPARTMENT OF THE COMMONWEALTH OF P    US Bankruptcy Court District of P.R.      Department of Treasury
DEPARTMENT OF JUSTICE                            Jose V Toledo Fed Bldg & US Courthouse     Bankruptcy Section (424)
FEDERAL LITIGATION DIVISION                      300 Recinto Sur Street, Room 109           P.O. Box 9024140
PO BOX 9020192                                   San Juan, PR 00901-1964                    San Juan PR 00902-4140
SAN JUAN, PR 00902-0192

Amsher Collection Serv                    Banco Popular de Puerto Rico             EMP. BERRIOS FINANCIERA
600 Beacon Pkwy W Ste 15                  PO Box 362708                            P.O. BOX 674
Birmingham, AL 35209-3114                 San Juan, PR  00936-2708                 CIDRA, PR 00739-0674

Synchrony Bank                                   Vazquez & Vizcarrondo LLP                 JOSE RAMON CARRION MORALES
c/o of Recovery Management Systems Corp          Nicolas Quiones Castrillo, Esq.           PO BOX 9023884
25 S.E. 2nd Avenue, Suite 1120                   PO Box 195389                             SAN JUAN, PR 00902-3884
Miami, FL 33131-1605                             San Juan, PR  00919-5389

LUIS ORLANDO ESTERAS CINTRON              MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
EST DE LA CEIBA                           OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
617 TITO PUENTE ST                        OCHOA BUILDING                           CAGUAS, PR 00726-0186
JUNCOS, PR 00777-7816                     500 TANCA STREET  SUITE 301
                                          SAN JUAN, PR 00901


              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BANCO POPULAR DE PUERTO RICO           (d)COOP A/C ORIENTAL                     End of Label Matrix
MORTGAGE SERVICING DEPARTMENT (762)       PO BOX 876                               Mailable recipients   14
PO BOX 362708                             HUMACAO, PR  00792-0876                  Bypassed recipients    2
SAN JUAN PR  00936-2708                                                            Total                 16
```