IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ORLANDO ESTERAS CINTRON

XXX-XX-3041

Debtor(s)

CASE NO. 16-01134 ESL

Chapter 13

**FILED & ENTERED ON 8/14/2018**

### ORDER

The Chapter 13 trustee and creditors are granted 21 days to file an objection to the debtor's motion to inform death and to continue bankruptcy proceedings (docket #60). If no timely opposition is filed, the motion may be granted. **Order due by 09/04/2018.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14 day of August, 2018.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C: ALL CREDITORS