```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 16-01134-ESL
LUIS ORLANDO ESTERAS CINTRON
                                             CHAPTER 13

        DEBTOR (S)


                            Trustee's Position
    Regarding Motion to inform RE Debtor's Death Rule 1016 of the Federal Rules of
                            Bankruptcy Procedure.


TO THE HONORABLE COURT:

     NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and
very respectfully alleges and prays:

    1. The Trustee has no opposition to:
  Motion to inform RE Debtor's Death Rule 1016 of the Federal Rules of Bankruptcy
Procedure..(Docket # 60 ).


     WHEREFORE the Trustee respectfully requests this Honorable Court to take
  notice of the abovementioned and enter the order it deems appropriate.


     CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a
copy of this motion has been served on this same date, to their respective address
of record to:  Debtor(s), to their counsel and to all those parties in interest who
have filed a notice of appearance by First Class Mail if not an ECFS register user.

     In San Juan, Puerto Rico this Wednesday, September 5, 2018.



                                      /s/ Juliel Perez -Staff Attorney
                                      JOSE R. CARRION
                                      CHAPTER 13 TRUSTEE
                                      P.O. Box 9023884, Old San Juan Sta.
                                      San Juan, P.R. 00902-3884
                                      Tel (787)977-3535  FAX (787)977-3550